Gregory G. Paul, SBN 233060
Paul Law Offices
The Presidio of San Francisco
1808 Wedemeyer Street, Suite 216
San Francisco, CA 94129
Tel.: (415) 326-8300
Fax: (888) 822-9421

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

KRIS BAKER,

        Plaintiff,

  vs.                                Civil Action Number:

LIFE INSURANCE COMPANY
OF NORTH AMERICA, and
NEW YORK LIFE BENEFIT SOLUTIONS,

        Defendants.

## COMPLAINT

AND NOW, comes the Plaintiff, Kris Baker, by and through her undersigned counsel, Gregory G. Paul, and files the within Complaint, to obtain declaratory relief, and recover disability benefits under an ERISA employee benefit plan, and to recover costs, prejudgment interest and attorney's fees.

## JURISDICTION AND VENUE

1.    This is an action brought pursuant to section 502(a), (e)(1) and (f) of ERISA 29 U.S.C. §§1132(a), (e)(1) and (f). The Court has subject matter jurisdiction pursuant to 29 U.S.C. §1132(e)(1), 28 U.S.C. §1331 and 28 U.S.C. §1367(a). Under §502(f) of ERISA, 29 U.S.C. §1132(f), the Court has jurisdiction without respect to the amount in controversy or the citizenship of the parties.

1

2. Venue is properly laid in this district pursuant to section 502(e)(2) of ERISA, 29 U.S.C. §1132(e)(2), in that the subject employee benefit plan is administered in this district, the breaches of duty herein alleged occurred in this district, and one or more of the defendants resides or is found in this district, and pursuant to 28 U.S.C. §1391(b), in that the causes of action arose in this district.

**PARTIES**

3. Plaintiff, Kris Baker, is an adult individual who resides in Brentwood, California (Contra Costa County).

4. Defendant, The Life Insurance Company of North America, is an underwriting company and Plan Administrator located at 1601 Chestnut Street, 2 Liberty Place, Philadelphia, Pennsylvania 19192.

5. Defendant, New York Life Benefit Solutions, acquired the CIGNA Group Insurance including the wholly-owned subsidiary Life Insurance Company of North America in 2020. Defendant, New York Life Benefit Solutions, conducts its business including the denial letter in this case from Phoenix, Arizona.

**SUMMARY OF ACTION**

6. Plaintiff, Kris Baker, was employed by Blue Mountain Construction Services, Inc. as an Accountant until she was unable to continue working on or about December 14, 2020.

7. Ms. Baker Plaintiff was unable to continue working in her own occupation due to lumbar radiculopathy and chronic back pain as supported by an MRI showing multilevel disc degeneration, lumbar facet anthropathy, and knee pain.

8. Without considering the impact of pain under Ms. Baker's residual functional capacity, Defendants denied long-term disability benefits in a letter dated January 7, 2022.

9. Plaintiff appealed this denial on April 4, 2022 and submitted a vocational expert report calling into question the accuracy of Ms. Baker's job description and residual functional capacity.

10. Plaintiff's treating physician, Dr. Lee placed Ms. Baker on restrictions of not sitting more than thirty minutes at a time and then standing for the remainder of the hour.

11. Dr. Bakshiyev, is a non-examining physician retained by Defendants who agrees with the thirty minute sitting restriction with a stretching break.

12. Both Dr. Lee and Dr. Bakshiyev agree that Ms. Baker cannot lift more than five pounds. The vocational expert report submitted on appeal explains that both sedentary work and Ms. Baker's position as an accountant require lifting more than five pounds.

13. The long-term disability policy requires that to receive benefits you must meet the following definition of disability:

(a) Unable to perform the material duties of his or her Regular Occupation;

(b) unable to earn 80% or more of his or her Indexed Earnigs from working in his or her Regular Occupation.

14. On or about May 17, 2022, Defendants again denied Plaintiff's long-term disability benefits on the same basis.

15. As a result of Defendants' denial of long-term disability benefits, Plaintiff has not received the monthly benefits to which she is entitled and has exhausted his administrative procedures.

**COUNT ONE**

**(CLAIM FOR BENEFITS UNDER THE PLAN- 29 USC 1132(a)(1)(B))**

16. The averments set forth in Paragraph 1 through 13 above are incorporated by reference.

17. The Plan provides the Plaintiff is entitled to replacement disability income ("Disability Benefits") based upon her becoming disabled within the meaning of the Plan.

18. Plaintiff has established her disability within the meaning of the Plan and is entitled to Disability Benefits because she is unable to perform the material duties of her occupation and unable to earn 80% or more of her pre-disability earnings.

19. On or about April 4, 2022 and May 17, 2022, Defendants denied Disability Benefits. Plaintiff is entitled to payment of the Disability Benefits under the Plan because her medical condition prevents her from performing the duties of her occupation.

20. Defendant's denial of long-term disability benefits constitutes denial of benefits governed by ERISA and adversely affects her eligibility for continuing long-term disability benefits.

21. Plaintiff has exhausted all administrative remedies as stated in the final denial dated May 17, 2022.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff, Kris Baker, respectfully prays that the court: (1) declare that the Defendants are obligated to pay Plaintiff her past due Disability Benefits; (2) reinstate monthly long-term disability benefits and any other employee benefits under the applicable plan; (3) award Plaintiff the costs of this action, interest, and reasonable attorneys' fees; and (4) award such other further and different relief as may be just and proper.

Respectfully submitted,

PAUL LAW OFFICES

　　/s Gregory Paul　　　　　　　
GREGORY G. PAUL

Attorney for Plaintiff

Dated:  June 23, 2022.