UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRIS BAKER,<br><br>            Plaintiff,<br><br>     v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>            Defendant. | Case No.  22-cv-03717-RS<br><br>**ORDER REGARDING STIPULATION** |

The parties have stipulated that "this case is governed by the Employee Retirement Income Security Act of 1974 ("ERISA") and that the Court's review of [defendant's] denial decision will be de novo." The parties seek an order to that effect.

While it seems unlikely the court will ultimately reach a legal conclusion that ERISA does not apply or that a different standard of review applies, it would be inappropriate to so rule without some consideration of the merits, which is not presented by a stipulation of the parties.

**IT IS SO ORDERED**.

Dated: April 17, 2023

_____
RICHARD SEEBORG
Chief United States District Judge